**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOHN SCHULER and TINA SCHULER,

     Plaintiffs,

v.                                        No: 1:13-cv-00826 KG-ACT

SAFECO INSURANCE COMPANY OF AMERICA,

     Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Parties= Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein with prejudice on the grounds that all matters in controversy by and between the parties have been fully resolved; and the Court having read the pleadings noting the stipulation of counsel, and being fully advised in the premises, FINDS:

1.     That it has jurisdiction over the parties and the subject matter of this suit;

2.     Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiffs, John Schuler and Tina Schuler, against Defendant, Safeco Insurance Company of America, be and hereby is dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED this 19th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

1

**SUBMITTED BY:**

  /s/   Meena H. Allen
Meena H. Allen
Attorney for Defendant


  /s/ Approved via email 11/18/13
Sean McAfee
Attorney for Plaintiff